ACCEPTED
03-15-00497-CV
7764918
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 1:15:50 PM
JEFFREY D. KYLE
CLERK

# The Cronfel Firm
## Attorneys at Law

Guillermo Ochoa-Cronfel

**2700 Bee Cave Road**
**Suite 103**
**Austin, Texas 78746**
**Telephone:   (512) 347-9600**
**Facsimile:   (512) 347-9911**

James M. Floyd, LL.M.
Of Counsel

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/10/2015 1:15:50 PM

JEFFREY D. KYLE
Clerk

November 10, 2015

Mr. Jeffrey D. Kyle                                                    Via Texas E-File
Court of Appeals, Third District of Texas
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

RE:     Case No. 03-15-00497-CV; *Karen E. Landa, Appellant v. Charles L. Farris, Appellee.*

Dear Mr. Kyle:

Please be advised that I will be on vacation at the following times:

November 25 – December 1, 2015; and,
December 21, 2015 – January 12, 2016.

Accordingly, please do not schedule any hearings, trials or any other matters in the above-referenced proceeding during this time period in the above-referenced case.

Thank you in advance for your cooperation.

Sincerely

/s/ *Guillermo Ochoa-Cronfel*

Guillermo Ochoa-Cronfel
THE CRONFEL FIRM
GOC/mgg
cc: All counsel of record, via e-service &/or electronic mail